# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| Michael Donegan, | ) | Civil Action No. 3:25-cv-11246-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | RULE 26(f) REPORT |
| | ) | |
| J.B. Hunt Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed on **September 10, 2025** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

___X___    We agree that the schedule set forth in the Conference and Scheduling Order filed **September 10, 2025** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P./, with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*s/ James G. Biggart, II*

James G. Biggart, II (Fed ID No. 14195)
Jbiggart@forthepeople.com
M. Cooper Klaasmeyer (Fed ID No. 14272)
Cooper.klaasmeyer@forthepeople.com
Morgan & Morgan, PA
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405

ATTORNEYS FOR PLAINTIFF

October 6, 2025

*s/ R. Wilder Harte*

R. Wilder Harte (Fed ID No. 12514)
wharte@richardsonplowden.com
Richardson Plowden & Robinson, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202

ATTORNEY FOR DEFENDANT