**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Michael Donegan,<br><br>        Plaintiff,<br><br>v.<br><br>J.B. Hunt Transport, Inc.,<br><br>        Defendant. | Civil Action No. 3:25-cv-11246-SAL<br><br>**DEFENDANT J.B. HUNT TRANSPORT, INC.'S RESPONSES TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Pursuant to Local Civil Rule 26.01 of the United States District Court for the District of South Carolina, Defendant J.B. Hunt Transport, Inc. submits the following responses:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**<u>ANSWER</u>:**

**J.B. Hunt is unaware of any persons or legal entities who may have a subrogation interest in the Plaintiff's claims at this time.**

(B)     As to each claim, state whether it should be tried jury or non-jury and why.

**<u>ANSWER</u>:**

**Plaintiff requested a jury trial.  J.B. Hunt believes the claims against it should be dismissed as a matter of law.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent

or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

**J.B. Hunt Transport, Inc. is a is subsidiary of JB Hunt Transport Services, Inc. JB Hunt Transport Services, Inc. is a publicly traded company. No other company owns 10% or more of JB Hunt Transport Services, Inc.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

**This action was filed in the Columbia Division, which encompasses Richland County, South Carolina, where the subject incident purportedly occurred.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

**None known at this time.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**J.B. Hunt is properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**None known at this time.**

|  |  |
|---|---|
|  | RICHARDSON PLOWDEN & ROBINSON, P.A.<br>1900 Barnwell Street (29201)<br>Post Office Drawer 7788<br>Columbia, South Carolina 29202<br>(803) 771-4400<br><br>*s/ R. Wilder Harte*<br>Steven J. Pugh (Fed. ID No. 7033)<br>spugh@richardsonplowden.com<br>R. Wilder Harte (Fed. ID No. 12514)<br>wharte@richardsonplowden.com<br><br>ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC. |
| October 6, 2025 |  |