# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Michael Donegan, | Civil Action No. 3:25-cv-11246-SAL |
| Plaintiff, | |
| v. | **DEFENDANT J. B. HUNT TRANSPORT, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| J.B. Hunt Transport, Inc., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant J.B. Hunt Transport, Inc., by and through its attorneys, hereby discloses:

J.B. Hunt Transport, Inc. is a is subsidiary of JB Hunt Transport Services, Inc. J.B. Hunt Transport Services, Inc. is a publicly traded company. No other company owns 10% or more of J.B. Hunt Transport Services, Inc.

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

*s/ R. Wilder Harte*
Steven J. Pugh (Fed. ID No. 7033)
spugh@richardsonplowden.com
R. Wilder Harte (Fed. ID No. 12514)
wharte@richardsonplowden.com

ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

October 6, 2025