**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Michael Donegan, | ) | Civil Action No. 3:25-cv-11246-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF COUNSEL** |
| | ) | |
| J.B. Hunt Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Steven J. Pugh, do hereby certify that I have read and am familiar with the Local Civil Rules for the District of South Carolina.

                RICHARDSON PLOWDEN & ROBINSON, P.A.
                1900 Barnwell Street (29201)
                Post Office Drawer 7788
                Columbia, South Carolina 29202
                (803) 771-4400

                *s/ Steven J. Pugh*
                Steven J. Pugh (Fed. I.D. No. 7033)
                spugh@richardsonplowden.com

                ATTORNEY FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

October 23, 2025