**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Michael Donegan, ) | Civil Action No. 3:25-cv-11246-SAL |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF COUNSEL** |
| ) | |
| J.B. Hunt Transport, Inc., ) | |
| ) | |
|       Defendant. ) | |
| ) | |

    I, R. Wilder Harte, do hereby certify that I have read and am familiar with the Local Civil Rules for the District of South Carolina.

                                      RICHARDSON PLOWDEN & ROBINSON, P.A.
                                      1900 Barnwell Street (29201)
                                      Post Office Drawer 7788
                                      Columbia, South Carolina 29202
                                      (803) 771-4400

                                      *s/ R. Wilder Harte*
                                      R. Wilder Harte (Fed. I.D. No. 12514)
                                      wharte@richardsonplowden.com

                                      ATTORNEY FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

October 23, 2025