IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Michael Donegan, | ) | Civil Action No. 3:25-cv-11246-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT DISCOVERY PLAN PURSUANT TO** |
| | ) | **FED. R. CIV. P. 26(f)** |
| J.B. Hunt Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 26(f), a videoconference meeting was held between the parties on September 25, 2025, and attended by James G. Biggart, II, Esq., counsel for Plaintiff Michael Donegan, and R. Wilder Harte, Esq., counsel for Defendant J.B. Hunt Transport, Inc.

In accordance with Fed. R. Civ. P. 26(f), the parties jointly submit this discovery report and plan as follows:

**(A) [Responding to Fed. R. Civ. P. 26(f)(3)(A)]: What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made?**

None.

**(B) [Fed. R. Civ. P. 26(f)(3)(B)]: The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.**

The parties agree that discovery should be had on all matters set forth in Plaintiff's Complaint (or Amended Complaint) and J.B. Hunt's Answer. The parties submit that discovery should proceed as set forth in the proposed October 6, 2025 proposed

Amended Conference Scheduling Order submitted via email to the Court. The parties specifically reserve their rights to stipulate to the service of additional interrogatories and/or to seek leave from the Court to serve additional interrogatories in accordance with Fed. R. Civ. P. 33(a)(1).

**(C) [Fed. R. Civ. P. 26(f)(3)C]: Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

Electronically stored documents will be produced either in hard copy of in an image format (such as .pdf or .tif). After the initial production is complete, a party desiring ESI in native file format must demonstrate a need consistent with Fed. R. Civ. P. 26(b) for such production. In the event that ESI is not reasonably accessible, the parties will work together to evaluate alternative means of production.

**(D) [Fed. R. Civ. P. 26(f) (3) (D)]: Any issues about claims of privilege or of protection as trial-preparation materials, including – if the Parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order.**

The parties anticipate that claims of privilege and work product protection will be made prior to production (i.e. documents covered by the attorney client privilege or work product doctrine will not be produced), but reserve all rights to "claw back" any inadvertently produced privileged documents pursuant to Rule 502(b), Fed. R. Evid.

**(E) [Fed. R. Civ. P. 26(f)(3)(E)]: What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

The parties do not at this time anticipate the need for changes to the existing limitations on discovery or the imposition of additional limitations.

**(F) Fed. R. Civ. P. 26(f)(3)(F)]: Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

None.

Respectfully Submitted,

| | |
|---|---|
| *s/ Cooper Klaasmeyer* | *s/ R. Wilder Harte* |
| James G. Biggart, II (Fed ID No. 14195) | R. Wilder Harte (Fed ID No. 12514) |
| Jbiggart@forthepeople.com | wharte@richardsonplowden.com |
| Cooper Klaasmeyer (Fed ID No. 14272) | Richardson Plowden & Robinson, P.A. |
| Cooper.klaasmeyer@forthepeople.com | 1900 Barnwell Street (29201) |
| Morgan & Morgan, PA | Post Office Drawer 7788 |
| 4401 Belle Oaks Drive, 3rd Floor | Columbia, South Carolina 29202 |
| North Charleston, South Carolina 29405 | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

October 23, 2025

3