IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Michael Donegan, | Civil Action No. 3:25-cv-11246-SAL |
| Plaintiff, | |
| v. | **CERTIFICATION REGARDING FAMILIARITY LOCAL CIV. RULES** |
| J.B. Hunt Transport, Inc., | |
| Defendant. | |

Pursuant to the Court's Conference and Scheduling Order, the undersigned attorneys hereby certify that we have read and are familiar with the Local Civ. Rules for the District of South Carolina.

Respectfully Submitted,

| | |
|---|---|
| *s/ Cooper Klaasmeyer* | *s/ James G. Biggart, II* |
| James G. Biggart, II (Fed ID No. 14195) | James G. Biggart, II (Fed ID No. 14195) |
| Jbiggart@forthepeople.com | Jbiggart@forthepeople.com |
| T:      843-973-5186 | T:      843-973-5186 |
| Cooper Klaasmeyer (Fed ID No. 14272) | Cooper Klaasmeyer (Fed ID No. 14272) |
| Cooper.klaasmeyer@forthepeople.com | T:      843-973-5438 |
| T:      843-973-5438 | Cooper.klaasmeyer@forthepeople.com |
| Morgan & Morgan, PA | Morgan & Morgan, PA |
| 4401 Belle Oaks Drive, 3rd Floor | 4401 Belle Oaks Drive, 3rd Floor |
| North Charleston, South Carolina 29405 | North Charleston, South Carolina 29405 |

ATTORNEYS FOR PLAINTIFF

October 23, 2025