**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Michael Donegan, | ) | Civil Action No. 3:25-cv-11246-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED CONFERENCE** |
| | ) | **AND SCHEDULING ORDER** |
| J.B. Hunt Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1.  Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **January 23, 2026**.

2.  Expert Disclosures:

    A.  Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **March 16, 2026**.

    B.  Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **April 17, 2026**.

3.  Discovery: Discovery shall be completed no later than **June 18, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a**

**telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

4. <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **August 14, 2026**.

5. <u>Stipulation of Undisputed Facts</u>: The parties shall file a joint stipulation of undisputed facts within fifteen days of the deadline to file all dispositive motions.

6. <u>Mediation</u>: Mediation shall be completed in this case on or before **July 6, 2026**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

7. Trial: This case will go to trial on or after the **June 2026** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

s/ Sherri A. Lydon
United States District Judge

November 7, 2025

Columbia, South Carolina