## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| PLAINTIFF:<br><br>Michael Donegan<br><br>-v-<br><br>DEFENDANT:<br><br>J.B. Hunt Transport Inc. | Civil Action No.: 3:25-cv-11246-SAL<br><br>**MOTION FOR ENTRY OF CONSENT CONFIDENTIALITY ORDER** |

CONSENT:

The attached proposed Confidentiality Order is requested:

☒   by consent of all parties.

☐   by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

☐   by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

The attached proposed Confidentiality Order:

☐   is identical to the standard form on the court's website.

☒   has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

☐   is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

[explain requested changes with reference to relevant paragraph numbers]

[Signatures on Following Page]

**WE SO MOVE**

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

*s/ R. Wilder Harte*
R. Wilder Harte (Fed. I.D. No. 12514)
wharte@richardsonplowden.com

ATTORNEY FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

**WE CONSENT**

**MORGAN & MORGAN P.A.**

/s/ *Cooper Klaasmeyer*
JAMES G. BIGGART II, ESQ.
Federal Bar No. 14195
COOPER KLAASMEYER, ESQ.
Federal Bar No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com
*Attorneys for Plaintiff*

January 12, 2026
North Charleston, SC