**IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Michael Donegan, <br><br> Plaintiff, <br><br> v. <br><br> J.B. Hunt Transport, Inc., <br><br> Defendant. | Case No.: 3:25-cv-11246-SAL <br><br> **<u>PLAINTIFF'S INITIAL RULE 26(A)(2)</u>** <br> **<u>EXPERT DISCLOSURES</u>** |

Plaintiff Michael Donegan hiseby submits his expert disclosure as required by Federal Rule of Civil Procedure 26(a) and the Court's Case Management and Scheduling Order. Plaintiff discloses the following expert witnesses who are expected to be called to offer opinions and testify at trial:

1. **Life Care Planner**

   Paras H. Mehta
   Physician Life Care Planning, LLC
   12707 Silicon Drive Suite 150
   San Antonio TX, 78249

   Dr. Paras H. Mehta was retained by Plaintiff to prepare a life care plan for Plaintiff's future medical needs and medical expenses resulting from the injuries sustained in the subject collision. Dr. Mehta will offer opinions within a reasonable degree of medical probability on the Plaintiff's future medical needs and the reasonable costs of the same. Reports from this expert with the contents required by Fed. R. Civ. P. 26(a)(2)(B) were provided to Defendants and their counsel on March 16, 2026.

Plaintiff reserves the right to call his treatment providers as witnesses. Plaintiff anticipates that his treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who may be called testify at trial and are known at this time are as follows:

1. **Darren Buono, MD**

Dr. Darren Buono is a board-certified diagnostic radiologist who has read the magnetic resonance imaging of Plaintiff's lumbar spine, cervical spine, and brain. Dr. Buono is expected to testify regarding his opinions of the imaging consistent with Dr. Buono's medical records.

2. **Leonard Goldschmidt, Psy.D**

Dr. Goldschmidt is a clinical neuropsychologist who has provided treatment for Plaintiff's brain injury following this crash. Dr. Goldschmidt is expected to testify regarding his treatment of Plaintiff's brain injury, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Goldschmidt's medical records.

3. **Jason Highsmith, MD**

Dr. Jason Highsmith is a board-certified Neurosurgeon who has provided treatment for Plaintiff's spinal injuries following this crash. Dr. Highsmith is expected to testify regarding his treatment of Plaintiff's spinal injuries, his opinions regarding the causation of Plaintiff's spinal injuries, and his recommendations for future care, consistent with Dr. Highsmith's medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement his list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff furthis reserves the right to elicit expert testimony from individuals named as experts by othis parties, as well as othis witnesses later identified who may qualify as experts under the Rules of Evidence.

[*Signature on Following Page*]

**MORGAN & MORGAN, P.A.**

*/s/ Cooper Klaasmeyer*
James G. Biggart II, Esq.
Fed. I.D. No. 14195
Cooper Klaasmeyer, Esq.
Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
Cooper.klaasmeyer@forthepeople.com
**ATTORNEYS FOR PLAINTIFF**

March 16, 2026
North Charleston, SC