# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| Michael Donegan, <br><br> *Plaintiff,* <br><br> v. <br><br> J.B. Hunt Transport, Inc., <br><br> *Defendants.* | Case No.: 3:25-cv-11246-SAL <br><br> **JOINT MOTION FOR AMENDED SCHEDULING ORDER** |

The Parties respectfully request that the Court enter an amended scheduling order, pursuant to Rule 16.

## FACTUAL BACKGROUND

On November 7, 2025, the Court entered an amended scheduling order developed by the parties in the 26(f) Conference. Since the entry of the amended scheduling order, the parties have engaged in written discovery, taken the depositions of the Plaintiff and J.B Hunt's Driver, and Plaintiff has continued to receive medical treatment.

## LEGAL STANDARD

A scheduling order may be modified "for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4). The "good cause" standard for modification "focuses on the diligence of the party seeking leave to modify the scheduling order." *Dilmar Oil Co., Inc. v. Federated Mut. Ins. Co.*, 986 F.Supp. 959, 980 (D.S.C.1997).

## LEGAL STANDARD

While the parties have diligently engaged in discovery in the case, circumstances have made it necessary for additional time for discovery. Plaintiff's medical condition for his claimed injuries have necessitated he undergo surgery recently. In order for the parties to complete discovery on Plaintiff's claimed damages, the parties will need time to assess Plaintiff's long-term

medical condition. Due to the nature of medical treatment, it would not be feasible for the parties to complete this discovery within the current deadlines.

Additionally, due to scheduling restrictions the parties need additional time to depose witnesses from J.B. Hunt Transport, Inc. and their non-party vendors. The parties have discussed deposition dates and times, and due to scheduling needs the earliest availabilities for the corporate depositions are in June. Thus, the parties request additional time to complete discovery.

## **LOCAL CIVIL RULE 6.01 STATEMENT**

Although the parties have been working diligently in discovery, the parties each have additional discovery which could not be conducted prior to the close of the current period. Pursuant to Local Civ. Rule 6.01, the following information is provided:

1. The current deadline for the closure of discovery is June 18, 2026.

2. The deadline has been extended once, in the parties Amended Scheduling Order developed at the 26(f) Conference.

3. The Parties request a new discovery deadline of November 18, 2026

4. The extension will affect the remaining deadlines. The parties propose the deadlines be shifted to preserve the spacing, as laid out in the proposed amended scheduling order.

[*Signatures on Following Page*]

**I SO MOVE/CONSENT:**

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

s/ Wilder Harte
Wilde Harte (Fed. I.D. No.     12514)
wharte@richardsonplowden.com
ATTORNEY FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

March 27, 2026
Charleston, South Carolina