**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Michael Donegan,<br><br>                                        *Plaintiff,*<br><br>v.<br><br>J.B. Hunt Transport, Inc.,<br>                                        *Defendants.* | C/A No.: 3:25-cv-11246-SAL<br><br>**SECOND CONSENT AMENDED**<br>**CONFERENCE AND SCHEDULING**<br>**ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case:

1. Expert Disclosures:

   a. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **July 16, 2026**.

   b. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **August 17, 2026**..

2. Discovery:

   Discovery shall be completed no later than **November 18, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to** lydon_ecf@scd.uscourts.gov**. The parties shall set forth their respective positions in their request.**

3. Motions:

All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **January 14, 2027**.

4.  Stipulation of Undisputed Facts:

    The parties shall file a joint stipulation of undisputed facts seven days prior to the deadline to file all dispositive motions.

5.  Mediation:

    Mediation shall be completed in this case on or before **December 29, 2026**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

6.  Trial:

    This case will go to trial on or after the **April 2027** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

April 2 , 2026                                    s/  Sherri A. Lydon
Columbia, South Carolina                          Sherri A. Lydon
                                                  United States District Judge