**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Michael Donegan, | ) | Civil Action No. 3:25-cv-11246-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT J.B. HUNT TRANSPORT,** |
| v. | ) | **INC.'S EXPERT DISCLOSURE AND** |
| | ) | **CERTIFICATION** |
| J.B. Hunt Transport, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Second Consent Amended Conference and Scheduling Order in this case (ECF No. 21), Defendant J.B. Hunt Transport, Inc. identifies the following persons who J.B. Hunt expects to call as expert witnesses at trial:

1. **William T. Garrett, M.D.**
   *Contact through the undersigned counsel*
   **Phoebe Neurology**
   **2709 Meredyth Drive**
   **Albany, Georgia 31707**

2. **Alfred L. Rhyne, M.D.**
   *Contact through the undersigned counsel*
   **OrthoCarolina**
   **2001 Randolph Road**
   **Charlotte, North Carolina 28207**

3. **Daniel P. Thompson**
   *Contact through the undersigned counsel*
   **DeeGee Rehabilitation Technologies**
   **15395 South Clife Road**
   **Post Office Box 676**
   **Yucca, Arizona 86438**

J.B. Hunt certifies a report prepared and signed by each of the above listed experts was disclosed to Plaintiff, through his counsel, on August 14, 2026.

J.B. Hunt, and its experts, reserve the right to supplement this disclosure to the extent permitted by Fed. R. Civ. P. 26(e).  J.B. Hunt further reserves the right to designate additional experts or for the above-named experts to supplement their opinions and/or offer additional opinions in response to any expert designated by Plaintiff and/or additional documents produced throughout discovery in this case.  J.B. Hunt further reserves the right to substitute a new expert if any of the individuals identified above subsequently becomes unavailable to testify due to circumstances beyond J.B. Hunt's control.

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

*s/ R. Wilder Harte*
Steven J. Pugh (Fed. ID No. 7033)
spugh@richardsonplowden.com
R. Wilder Harte (Fed. ID No. 12514)
wharte@richardsonplowden.com

ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

August 14, 2026