**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Michael Donegan,<br><br>Plaintiff,<br><br>v.<br><br>J.B. Hunt Transport, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:25-cv-11246-SAL<br><br><br><br>**THIRD AMENDED CONFERENCE AND SCHEDULING ORDER** |

Plaintiff Michael Donegan and Defendant J.B. Hunt Transport, Inc., jointly and through their undersigned counsel, move this Court to enter the attached Third Amended Scheduling Order. In support thereof, the parties respectfully submit that additional discovery is required prior to trial.

Pursuant to Local Civ. Rule 6.01, the following information is provided:

1. The current deadline for the closure of discovery is November 19, 2026.
2. The deadline has been extended twice, in the parties' Amended Scheduling Order developed during the 26(f) Conference and in the Second Amended Scheduling Order.
3. The parties request a new discovery deadline of February 26, 2027.
4. The extension will affect the remaining deadlines. The parties propose the deadlines be shifted to preserve the spacing, as laid out in the proposed Third Amended Scheduling Order.

**WE SO MOVE:**

*s/*
James G.Biggart, II (Fed. I.D. No. 14195)
JBiggart@ForThePeople.com
Cooper Klaasmeyer (Fed. I.D. No. 14272)
cooper.klaasmeyer@forthepeople.com
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, South Carolina 29405

ATTORNEYS FOR THE PLAINTIFF

*s/*
R. Wilder Harte (SC Bar No. 12514)
wharte@richardsonplowden.com
Richardson Plowden & Robinson, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29201

ATTORNEY FOR DEFENDANT

September 30, 2026